

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00713-CV

Mark A. **ARZOLA**,
Appellant

v.

**ACM PROPERTIES, LP,** BAC Home Loans Servicing LP f/k/a Countrywide Home Loans
Servicing LP, and Mortgage Electronic Registration Systems, Inc.,
Appellees

From the 201st District Court, Travis County, Texas
Trial Court No. D-1-GN-10-003670
The Honorable Stephen A. Yelenosky, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees ACM Properties, LP**,** BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP, and Mortgage Electronic Registration Systems, Inc. recover their costs of this appeal from appellant Mark A. Arzola.

SIGNED November 6, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice